# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JAMES CAMPITELLI, | : | No. 610 MAL 2021 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| TYCO INTERNATIONAL (US), INC. | : | |
| (WORKERS' COMPENSATION APPEAL | : | |
| BOARD), | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.